UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Laura A. Zeer                         Case No. 09-72913
                                       Chapter 7
              Debtor.                  Hon. Marci B. McIvor
_____/

K. Jin Lim, Trustee,

         Plaintiff,

v.                                       Adv. Pro. No. 10-6145

Laura A. and Michael Zeer,

         Defendants.
_____/

**ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

This matter is before the Court on the parties' cross-Motions for Summary Judgment. For the reasons stated in an Opinion issued with this Order,

IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment is DENIED.

IT IS FURTHER ORDERED that Plaintiff's Amended Complaint is DISMISSED in its entirety.

Signed on August 31, 2011

                                                /s/ Marci B. McIvor
                                                Marci B. McIvor
                                                United States Bankruptcy Judge